AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00568-JDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Maine Pretrial Services
was received by me on *(date)* 1-10-2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shawn Legrege , who is designated by law to accept service of process on behalf of *(name of organization)*
Me. Pre-Trial c/o Shawn Legrege   on *(date)* 1-10-2020 ; or
Admin. Assh

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 30.05 for travel and $ _____ for services, for a total of $ 30.05
                                                                        0.00

I declare under penalty of perjury that this information is true.

Date: 1-10-2020

Sammy S. Rinaldi
Server's signature

SAMMY S. Rinaldi
Printed name and title

36 County Way Portland ME
Server's address

Additional information regarding attempted service, etc:

Print     Save As...     Reset