AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00568-JDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Phippsburg Police Department__
was received by me on *(date)* __1/10/2020__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Chief John Skroski__, who is designated by law to accept service of process on behalf of *(name of organization)* __Phippsburg Police Department__ on *(date)* __1/14/2020__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __1/14/2020__

__Hal Fowler__
Server's signature

__Hal Fowler, Deputy Sheriff__
Printed name and title

__Sagadahoc S.O., Bath__
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset