UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MELISSA ATER and o/b/o A.A., a minor child, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> BATH POLICE DEPARTMENT, ) <br> MAINE PRETRIAL SERVICES, ) <br> PHIPPSBURG POLICE DEPARTMENT, ) <br> OFFICERS JOHN DOE 1 & 2, and ) <br> COREY ATER, ) <br> ) <br> Defendants. ) | Docket No. 2:19-cv-00568-JDL |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for Defendants Phippsburg Police Department and Officer John Doe 2 in the above-captioned matter.

Dated at Portland, Maine this 27th day of January, 2020.

*/s/ Kasia S. Park*
Kasia S. Park

Attorney for Defendants
Phippsburg Police Department and
Officer John Doe 2

DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Tel: (207) 772-1941
kpark@dwmlaw.com

## CERTIFICATE OF SERVICE

I, Kasia S. Park., hereby certify that on January 27, 2020, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to all parties of record.   A copy of the foregoing has also been sent to Defendant Corey Ater via U.S. Mail at:

> Corey Ater, MDOC No. 64816
> Maine State Prison
> 807 Cushing Road
> Warren, ME  04864

                                                  */s/ Kasia S. Park*
                                                  Kasia S. Park

                                                  Attorney for Defendants
                                                  Phippsburg Police Department and
                                                  Officer John Doe 2

DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
(207) 772-1941
kpark@dwmlaw.com