UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MELISSA ATER                              )
                                          )
                                          )
v.                                        )    CIVIL NO.  2:19-cv-00568-JDL
                                          )
BATH POLICE DEPARTMENT, et al.            )

<u>ORDER TO SHOW CAUSE</u>

The record in this matter reflects that more than 90 days have expired since the filing of the complaint and that service of process remains to be accomplished on Defendant, Officer John Doe 1.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the Plaintiff shall show good cause in writing no later than May 13, 2020, why such service was not timely made, failing which the complaint shall be dismissed as to Defendant, Officer John Doe 1.

Jon D. Levy
Chief U.S. District Judge


By:  /s/ Amy Spencer
        Deputy Clerk

Dated this 30th day of March, 2020.