UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| MELISSA ATER ) | |
| ) | |
| v. ) | CIVIL NO. 2:19-cv-00568-JDL |
| ) | |
| BATH POLICE DEPARTMENT, et al. ) | |

ORDER TO SHOW CAUSE

A review of the file in the above matter reflects that Defendant Corey Ater was served on February 12, 2020. As of this date no responsive pleading has been filed and plaintiff has not moved for entry of default.

Accordingly, it is ORDERED that pursuant to Rule 41.1(b) of the Local Rules of this Court counsel shall show cause in writing no later than 14 days from this date, why this matter should not be dismissed for lack of prosecution as to Defendant Corey Ater.

So ORDERED.

                Jon D. Levy
                Chief U.S. District Judge


                By: /s/ Amy Spencer
                    Deputy Clerk

Dated this 8th day of May, 2020.